Frank Burnos, Appellant, v. The American Sugar Refining Company of New York, Respondent.— Motion to resettle order denied. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

George R. Comrie, Respondent, v. Sidney Nordlinger, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Richard J. Donovan, Respondent, v. William R. Weed and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied and stay vacated. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Mary E. Fagan, Respondent, v. Charles E. McDonnell, Appellant.— Motion for reargument denied. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Simon Frindel and Louis Goodman, Appellants, v. Jacques Loewe. Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Katherine Harrington and Others, Respondents, v. John J. Dooley, Appellant. — Motion to dismiss appeal granted. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

William Randolph Hearst, Appellant, v. George B. McClellan, as Mayor of the City of New York, and Edward M. Grout, as Comptroller of the City of New York, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Robert Hinds, Appellant, v. Interurban Street Railway Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Rich and Miller, JJ.

Frederick W. Janssen, Respondent, v. New York Evening Post Company, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Martin I. Johnson, Respondent, v. Sarah J. White and Others, Defendants, Impleaded with Joseph Simmons and Others, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Catherine Kelly, as Administratrix, etc., Respondent, v. Charles T. Wills, Appellant.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

John J. Lawlor, Respondent, v. Emma F. Hull, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Charles F. Lawson, Respondent, v. The Brooklyn-Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Frank P. Martin, Respondent, v. Herman Wermann, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

In the Matter of the Application of Charles H. Gardner, Individually and as General Guardian of, Gustav Gardner, an Infant, for an Order Directing the City Chamberlain to Pay Over Certain Moneys.— Sanders Shanks, Esq., appointed guardian *ad litem* herein for the infant Gustav Gardner. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

In the Matter of the Application of the Greater New York Development Company for Payment of an Award Made in the Matter of Hospital Site at Ocean Parkway, Avenue Y, East Sixth Street, Canal Avenue and Coney Island Creek. — Motion granted and proceedings referred to the Hon. Jesse Johnson to take testimony and report to the court with his opinion. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the Long Island Railroad Company, as Lessee of the Nassau Electric Railroad Company, and Said the Nassau Electric Railroad Company, for the Construction of an Electric Railroad on Portions of Atlantic Avenue, in the Borough of Brooklyn, City of New York.— Motion for